IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01537-DME-KLM

STEPHEN D. SMITH,

    Plaintiff,

v.

J.A. CAMBECE LAW OFFICE, P.C., and
J. ANTHONY CAMBECE,

    Defendant(s).
_____

**ORDER DENYING COLLECT AMERICA, LTD.'S MOTION WITHOUT PREJUDICE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Collect America, Ltd.'s Motion for Protective Order, Objections and Motion to Quash Plaintiff's Subpoena *Duces Tecum* for the Deposition of Collect America, Ltd.** [Docket No. 1; Filed July 22, 2008] (the "Motion"). The time period set by D.C. Colo. L. Civ. R. 7.1(C) for the opposing party to respond has passed, and no response to the Motion was received.

    The Court provides the following summary of the issues presented in the Motion. Nonparty Collect America, Ltd. was served with a subpoena by Plaintiff in a case pending before the District Court for the District of Massachusetts [Docket No. 1-2 at 2-5]. The subpoena was issued from this Court. Collect America, Ltd., a resident of this judicial district, seeks an order from this Court to protect from discovery the documents and testimony sought via the subpoena. Specifically, Collect America, Ltd. contends that "the subpoena is overly broad, not limited in-time in scope, and has no bearing or relationship to the material issues that have been brought in the Massachusetts action . . . ."

*Motion* [#1] at 3. Collect America, Ltd. also objects to the production of documents and testimony that are protected by trade-secret and other privileges. Finally, Collect America, Ltd. contends that the subpoena was made with the intent to harass it and "to go on [sic] fishing expedition to discover information that is unrelated to the Massachusetts cause of action, but that the party Plaintiff may intend to use for some other action." *Id.* at 6. In addition to relief from its obligation to comply with the subpoena, Collect America, Ltd. asks this Court to award its attorneys' fees incurred in lodging the Motion. *Id.* at 11.

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice.** The Court finds that nonparty Collect America, Ltd. has failed to comply with Fed. R. Civ. P. 26(c) and D.C. Colo. L. Civ. R. 7.1(A). Pursuant to Federal Rule 26(c), a person filing a motion for a protective order "*must* include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action" (emphasis added). Further, pursuant to Local Rule 7.1(A), "[t]he Court will not consider any motion," including motions for protective orders and motions to quash, which do not include a certification that the movant has "conferred or made reasonable, good-faith efforts to confer with opposing counsel . . . to resolve a disputed matter . . . [and] the specific efforts to comply with this rule." The Motion does not contain any certification that Collect America, Ltd. attempted to confer with Plaintiff in the Massachusetts action to resolve the matter prior to involving this Court. Further, given Collect America, Ltd.'s failure to follow the Federal and Local Civil Rules, an award of fees is not appropriate, and the Court denies this portion of the Motion outright.

Dated: August 26, 2008

BY THE COURT:
 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix